Case 2:21-cv-00016-MV-LF   Document 1   Filed 01/06/21   Page 1 of 3

21-CV-16 MV/LF

UNITED STATES DISTRICT COURT
ALBUQUERQUE NEW MEXICO

FILED
JAN 06 2021
MITCHELL R. ELFERS
CLERK

12-30-20

To whom it may concern Im writing you in regards to an incedent that took place on or about December 15th 2020 an inmate that was housed in the next pod to me was taken to medical where they found out he was positive to Covid-19 medical neglected to place him on quarantine and sent him back to the unit where he interacted with people in his pod as well as speaking to me through the door that separates our pod later that night medical came to get him to take him to quarantine. when medical later tested his pod for Covid-19 7 inmates came up positive and were moved to quaratine 2 days later my nieghbor and my self got really sick fever, Head-ache, cough. we told a couple of nurse that were passing out meds all they told me and my neighbor that we had a common cold. I could sleep at night I had pain in my stomach since 12-24-20 Ive been urinating blood I dont know the cause of that? but I put in a medical request to follow their protical and still havent been seen by medical It's going on 6 days now! my neighbor was so sick they had to rush him to the hospital the night of 12-29-20 cause he couldn't breath. They came and gave

our pod The Covid-19 Test an 9 Inmates came out positive and were moved to Quarantine. I feel That I have it But Their rapid Test They did on me came up Negative I feel That test Aint Accurate cause I had all The Simtums of Covid-19 we Just got tested Today 12-30-20 At 3:30 pm They said our Results will be back in 2 days. We Need your Help in This matter due to The Neglect of medical staff here at SNMCF. Hope to hear from you

Sincerly

#77557
Chris Apalategui
SNMCF P.O BOX 639
Las Cruces, New Mexico
88004

Chris Apachito #77557
SNMCF
P.O. Box 639
Las Cruces, New Mexico
88004

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JAN - 6 2021
MITCHELL R. ELFERS
CLERK

U.S. District of N.M. Suite 270
333 Loma Blvd NW
Albuquerque, New Mexico
87102

— Legal Mail —