IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRIS APALATEGUI,

    Plaintiff,

v.                                                                                                                                           No. 21-cv-016 MV-LF

SOUTHERN NEW MEXICO
CORRECTIONAL FACILITY,

    Defendant.

## ORDER TO CURE DEFICIENCIES

This matter is before the Court on Plaintiff Chris Apalategui's *pro se* Letter Regarding Civil Rights Violations (Doc. 1). The Letter alleges prison officials were deliberately indifferent to Plaintiff's medical needs in violation of 42 U.S.C. § 1983. However, it does not contain a specific request for relief. Plaintiff also failed to prepay the $402 filing fee or, alternatively, file a motion to proceed *in forma pauperis* along with a six-month inmate account statement. Plaintiff must file his claims on the 42 U.S.C. § 1983 form complaint and address the filing fee within thirty (30) days of entry of this Order. All filings must include the case number (21-cv-016 MV-LF). Failure to timely refile the claims on the proper § 1983 form <u>and</u> address the filing fee will result in dismissal of this action without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall: (1) refile his claims on the § 1983 form complaint; and (2) either prepay the $402 filing fee or, alternatively, file an *in forma pauperis* complaint along with an inmate account statement reflecting transactions between July 6, 2020 and January 6, 2021.

**IT IS FURTHER ORDERED** that the Clerk's Office shall send Plaintiff a form § 1983

complaint and a form motion to proceed *in forma pauperis.*

_____
UNITED STATES MAGISTRATE JUDGE